[No. 19123-1-III. Division Three. March 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE JOSEPH KELLERHER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-01691-3, Tari S. Eitzen, J., entered January 28, 2000. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 19892-8-III. Division Three. March 14, 2002.]

EDWARD F. CALISTERIO, JR., ET AL., *Appellants*, v. LYLE W. KERNS, ET AL., *Defendants*, ARTISTIC TOWING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-01177-0, Michael E. Donohue, J., entered January 2, 2001. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 19919-3-III. Division Three. March 14, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LEE McBRIDE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02164-1, Ellen K. Clark, J., entered January 25, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 20112-1-III. Division Three. March 14, 2002.]

KENNETH R. TAPLETT, ET AL., *Petitioners*, v. MAJOR MARKETING SERVICES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-04758-8, Linda G. Tompkins, J., entered April 11, 2001. *Dismissed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Sweeney, J.